IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRANDI ROBINSON, NEKECIA MARTIN and TEQUILA DUGGAN, | : : : | Civil Action Number: |
| Plaintiffs, | : : | 1:12-cv-02311-TWT |
| vs. | : : : | |
| ULTIMATE SPORTS BAR, LLC, BLUE STAR KITCHEN, INC., and ALRE M. ALSTON, | : : : : | |
| Defendants. | | |

**Dismissal with Prejudice of All Claims**

The Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree to a stipulated dismissal with prejudice of all claims and counterclaims in the above styled action. Unless otherwise agreed, the Parties shall bear their own attorney fees and costs.

Respectfully submitted this 23rd day of December, 2015

-2-

|  | DELONG CALDWELL BRIDGERS, FITZPATRICK, & BENJAMIN, LLC |
|---|---|
|  | */s/ Charles R. Bridgers* |
| 3100 Centennial Tower | Charles R. Bridgers |
| 101 Marietta Street | Ga. Bar No. 080791 |
| Atlanta, Georgia 30303 |  |
| (404) 979-3171 | */s/ Kevin D. Fitzpatrick, Jr.* |
| (404) 979-3170 (f) | Kevin D. Fitzpatrick, Jr. |
| kevin.fitzpatrick@dcbflegal.com | Ga. Bar No. 262375 |
| charlesbridgers@dcbflegal.com |  |
|  | Counsel for Plaintiffs |

|  | THE SHARMAN LAW FIRM, LLC |
|---|---|
|  | */s/Paul D. Sharman* |
|  | Paul D. Sharman |
| Suite 100 | Ga. Bar No. 227207 |
| 11175 Cicero Drive |  |
| Alpharetta, GA 30022 |  |
| (678)242-5297 |  |
| paul@sharman-law.com | Counsel for Defendants |

CERTIFICATE OF COUNSEL

Pursuant to LR 7.1 NDGa, the undersigned counsel certifies that the within and foregoing document was prepared using Times New Roman (14 point), one of the fonts and point selections approved by the Court in LR 5.1 C NDGa.

                                    */s/Charles R. Bridgers*
                                    Charles R. Bridgers
                                    Ga. Bar No. 080791

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRANDI ROBINSON, NEKECIA MARTIN and TEQUILA DUGGAN, | : : : | Civil Action Number: |
| Plaintiffs, | : : | 1:12-cv-02311-TWT |
| vs. | : : : | |
| ULTIMATE SPORTS BAR, LLC, BLUE STAR KITCHEN, INC., and ALRE M. ALSTON, | : : : : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

I certify that on the date shown above, I electronically filed the within and foregoing Dismissal with Prejudice of All Claims using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Paul D. Sharman
Kenneth Newby
Frederica Joy White
Jamala S. McFadden

Respectfully submitted,

*/s/Charles R. Bridgers*
Charles R. Bridgers
Ga. Bar No. 080791